An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BOWMAN LAIR, LLC,
Appellant,
vs.
WELLS FARGO BANK, N.A.,
Respondent.

No. 65101

FILED

JAN 1 5 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is an appeal from a district court order denying a preliminary injunction in a quiet title action. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

The district court denied appellant's preliminary injunction motion, finding that appellant failed to demonstrate a reasonable likelihood of success on the merits because "the Honorable Judge Abbi Silver of Department XV ruled on an identical case involving the same property, requesting the same relief, and addressing the same legal issues," meaning that "the doctrines of issue and claim preclusion bar the pending action."

This court reviews a district court's decision to grant or deny a preliminary injunction for an abuse of discretion. *Boulder Oaks Cmty. Ass'n v. B & J Andrews Enters., LLC*, 125 Nev. 397, 403, 215 P.3d 27, 31 (2009). Here, appellant's arguments on appeal regarding the potential nonapplicablity of claim and issue preclusion were not clearly made in district court. Thus, it was reasonable for the district court to conclude that appellant was unlikely to succeed on the merits of the underlying quiet title action, and the district court was within its discretion in finding that this consideration outweighed the other considerations relevant in

determining whether preliminary injunctive relief was appropriate. *See id.* We therefore

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Carolyn Ellsworth, District Judge
    Law Offices of Michael F. Bohn, Ltd.
    Snell & Wilmer, LLP/Las Vegas
    Eighth District Court Clerk

_____

[1]As appellant's docketing statement indicates, the only appealable portion of the district court's order is the denial of preliminary injunctive relief. Accordingly, we affirm the district court's decision only to that extent.